IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-25281 |
| | ) | |
| BAHA P. METTI | ) | Chapter 7 |
| | ) | Hearing Date: 4/10/2018 @ 9:30 a.m. |
| Debtors | ) | Judge Jacqueline P. Cox |

### NOTICE OF WITHDRAWAL OF MOTION TO REOPEN AND MOTION TO AMEND (DOCKET NO. 25)

NOW COMES the Debtor, Baha P. Metti**,** by and through his attorney, Arthur C. Czaja, and hereby withdraws his Motion to Reopen and Motion to Amend, Docket Number 25, which is set for presentment on April 10, 2018 at 9:30 a.m.

Respectfully submitted,

BAHA P. METTI

By: /s/ Arthur C. Czaja
Attorney for Debtor

Arthur C. Czaja (ARDC# 6291494)
7521 N. Milwaukee Ave.
Niles, IL 60714
(847) 647-2106 (Telephone)
(847) 376-3531 (Facsimile)
arthur@czajalawoffices.com

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of this Notice and Motion was mailed to the persons identified on the attached service list and sent to those individuals via ECF as indicated on the attached service list, to their respective addresses, postage prepaid, by depositing in the U.S. Mail at 7521 N. Milwaukee Ave., Niles, IL 60714, on April 5, 2018.

By: /s/ Arthur C. Czaja
Attorney for Debtor

Arthur C. Czaja (ARDC# 6291494)
7521 N. Milwaukee Ave.
Niles, IL 60714
(847) 647-2106 (Telephone)
(847) 376-3531 (Facsimile)
arthur@czajalawoffices.com

**SERVICE LIST**

**Electronic Notice through ECF:**

*US Trustee*:
Mr. Patrick S. Layng, Esq.
United States Trustee
Dirksen Federal Court House
219 South Dearborn Street, Suite 873
Chicago, IL 60604
(Via Electronic Notice through ECF)

*Interim Trustee*:
Eugene Crane
Crane Simon Clar & Dan
135 S Lasalle Ste. 3705
Chicago, IL 60603
(Via Electronic Notice through ECF)

*Debtor's Prior Counsel*:
Mr. Martin Kugia
Kugia & Forte, P.C.
711 W. Main Street
West Dundee, IL 60118
(Via Electronic Notice through ECF)

**U.S. Mail Service:**

*Debtor*:
Mr. Baha P. Metti
6315 N. Hamlin
Chicago, IL 60659
(Via US mail, postage prepaid)

Arron Spivack, #20481
566 West Lake Street, Ste. LL-101
Chicago, IL 60661
(Via US mail, postage prepaid)

Bank of America
P.O. Box 851001
Dallas, TX 75285
(Via US mail, postage prepaid)

Citi Cards
Processing Center
Des Moines, IA 50363-0005
(Via US mail, postage prepaid)

First Bank
8720 W. Dempster Street
Niles, IL 60714
(Via US mail, postage prepaid)

Goran Donev
8906 N. Elmore
Niles, IL 60714
(Via US mail, postage prepaid)

Green Tree
PO Box 94710
Palatine, IL 60094
(Via US mail, postage prepaid)

Green Tree Servicing LLC
c/o Heavner, Beyers & Mihlar, LLC
P.O. Box 740
Decatur, IL 62525
(Via US mail, postage prepaid)

Republic Bank
120 W. Madison Street, Suite 200
Chicago, IL 60602
(Via US mail, postage prepaid)

Republic Bank
c/o Ruff, Freud, Breems & Nelson Ltd.
200 North LaSalle Street, Suite 2020
Chicago, Illinois 60601
(Via US mail, postage prepaid)

Sams Club/Synchrony Bank
PO BOX 530942
Atlanta, GA 30353-0942
(Via US mail, postage prepaid)

Synchrony Bank/ JCP
PO Box 960090
Orlando, FL 32896
(Via US mail, postage prepaid)